DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUIS A. SORO,**
Appellant,

v.

**SHEEHAN'S TOWING, INC.** and
**CRYSTAL L. SHEEHAN-GRIFFIN,**
Appellees.

No. 4D2023-1766

[July 18, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Stephanie F. Tew, Judge; L.T. Case No. 50-2022-CC-013703-XXXX-MB.

Luis A. Soro, Miami Beach, pro se.

Garry M. Glickman of Glickman & Witters, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***